# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANCHEZ,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:11-cv-00254- SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 12) |

On September 23, 2011, the parties filed a stipulated request that an extension of time be granted to allow Plaintiff to file an opening brief and to allow the Commissioner to file an opposition. (Doc. 12.) The Court GRANTS the parties' request.

Pursuant to the stipulated agreed upon dates, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief **on or before November 29, 2011**;

2. The Commissioner shall file a responsive brief **on or before December 29, 2011**; and

3. Plaintiff may file a reply brief **on or before January 12, 2012.**

IT IS SO ORDERED.

**Dated:   September 26, 2011**            /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE