Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  OSCAR SANCHEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| OSCAR SANCHEZ, | Case No.:  1:11 CV 0254 SKO |
| Plaintiff, | SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE AND ORDER THEREON |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Oscar Sanchez ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to December 30, 2011; and that Defendant shall have until January 30, 2012, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due February 13, 2012.

1  An extension of time for plaintiff is needed due to a serious illness in
2  Counsel's family.  Counsel's Spouse recently concluded her second course of
3  chemotherapy to treat her Stage IV breast cancer which has metastasized to her
4  liver.  Counsel's spouse has begun her third round of chemotherapy due to
5  progression of her cancer and a lack of positive response to the prior treatment.
6  Counsel requires the additional time to prepare his Opening Brief to allow him to
7  devote the appropriate time to assist his Spouse and his two pre-school aged children
8  through this obviously stressful experience.

9  Counsel sincerely apologizes to the court for any inconvenience this may
10 have had upon it or its staff.

11
12 DATE: December 15, 2011     Respectfully submitted,

13                             LAW OFFICES OF LAWRENCE D. ROHLFING
                                    /s/ *Steven G. Rosales*
14                         BY: _____
                                Steven G. Rosales
15                              Attorney for plaintiff OSCAR SANCHEZ

16
17 DATE:  December 15, 2011    BENJAMIN WAGNER
                                United States Attorney
18
19                              */S/- *Patrick W. Snyder*
20
                                _____
21                              Patrick W. Snyder
                                Special Assistant United States Attorney
22                              Attorney for Defendant
                                [*Via email authorization]
23
24
25
26

# **ORDER**

IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED;
2. Plaintiff shall file an opening brief on or before December 30, 2011;
3. Defendant shall file an opposition brief on or before January 30, 2012;
4. Plaintiff may file an optional reply on or before February 13, 2012.

IT IS SO ORDERED.

Dated:   **December 21, 2011**                     **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE