1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                          EASTERN DISTRICT OF CALIFORNIA

8

OSCAR SANCHEZ,                           )      Case No.: 1:11-cv-00254- SKO
9                                        )
                                         )      **ORDER EXTENDING BRIEFING**
10            Plaintiff,                  )      **SCHEDULING FOR THE OPPOSITION**
                                         )      **AND REPLY BRIEFS AND REMINDING**
11      v.                               )      **COUNSEL TO FILE TIMELY BRIEFS**
                                         )
12   MICHAEL J. ASTRUE,                   )
     Commissioner of Social Security,     )      (Doc. 17)
13                                       )
                                         )
14            Defendant.                  )
                                         )
15   _____ )

16

17          On December 22, 2011, the Court approved the second stipulation to extend briefing

18   schedule. (Doc. 15.) Pursuant to the stipulated agreement between the parties and the Court's order,

19   Plaintiff was to file his opening brief on or before December 30, 2011, the Commissioner's

20   opposition brief was due on or before January 30, 2012, and Plaintiff's optional reply brief was to

21   be filed on or before February 13, 2012. (Doc. 15, p. 3.) Plaintiff's opening brief was untimely filed

22   on January 5, 2012. (Doc. 16.)

23          The Court is aware of the concerns currently facing Plaintiff's counsel, Steven G. Rosales,

24   and thus accepts the late filing.  The Court will accordingly extend the date for filing the

25   Commissioner's opposition brief until February 6, 2012; Plaintiff may file an optional reply brief on

26   or before February 21, 2012.

27          Plaintiff's counsel is reminded that he should seek leave of the Court for either an extension

28   of time, or for permission, to file an untimely pleading.

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.    The Commissioner shall file a responsive brief **on or before February 6, 2012**; and

3      3.    Plaintiff may file an optional reply brief **on or before February 21, 2012.**

5   IT IS SO ORDERED.

6   **Dated:**   **January 6, 2012**         **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE