# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANCHEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant. | Case No.: 1:11-cv-00254- SKO<br><br>**ORDER EXTENDING BRIEFING SCHEDULING FOR THE OPPOSITION AND REPLY BRIEFS AND REMINDING COUNSEL TO FILE TIMELY BRIEFS**<br><br>(Doc. 17) |

On December 22, 2011, the Court approved the second stipulation to extend briefing schedule. (Doc. 15.) Pursuant to the stipulated agreement between the parties and the Court's order, Plaintiff was to file his opening brief on or before December 30, 2011, the Commissioner's opposition brief was due on or before January 30, 2012, and Plaintiff's optional reply brief was to be filed on or before February 13, 2012. (Doc. 15, p. 3.) Plaintiff's opening brief was untimely filed on January 5, 2012. (Doc. 16.)

The Court is aware of the concerns currently facing Plaintiff's counsel, Steven G. Rosales, and thus accepts the late filing. The Court will accordingly extend the date for filing the Commissioner's opposition brief until February 6, 2012; Plaintiff may file an optional reply brief on or before February 21, 2012.

Plaintiff's counsel is reminded that he should seek leave of the Court for either an extension of time, or for permission, to file an untimely pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. The Commissioner shall file a responsive brief **on or before February 6, 2012**; and

3. Plaintiff may file an optional reply brief **on or before February 21, 2012.**

IT IS SO ORDERED.

**Dated:     January 6, 2012**                              /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE